NO. 07-05-0097-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 7, 2005

_____

VINCE ARTHUR HALL, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE COUNTY COURT OF MOORE COUNTY;

NO. 19462; HONORABLE DELWIN MCGEE, JUDGE
_____

Before QUINN and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pending before the Court is appellant's motion to dismiss this appeal. Appellant and his attorney both have signed the document indicating that appellant withdraws the appeal. Tex. R. App. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.